

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable D. W. Burkhalter, Acting
County Attorney
Throckmorton County
Throckmorton, Texas

Dear Sir:

Opinion No. O-7197
Re: Authority of the Commissioners'
Court to make a donation to
the citizens of Throckmorton
County for the purpose of
building a co-operative hospi-
tal.

In your letter of April 1, 1946, presenting the above
question for an opinion of this department, you state that the
citizens of Throckmorton County are undertaking to organize and
build a co-operative hospital in the county, having their char-
ter and organization perfected, and a donation from the Com-
missioners' Court is desired for that purpose.

It is settled by the authorities in this State that
the commissioners' courts are courts of limited jurisdiction
and may exercise only such authority as is conferred by the
Constitution and statutes of this State.

Several sections of articles of the Constitution
of Texas are pertinent to the question. We merely call
attention to the following provisions:

Article 3, Section 52, provides, in part:

"The Legislature shall have no power to authorize
any county . . . to grant public money . . . to any
individual, association or corporation whatsoever, or
to become a stockholder in such corporation, associ-
ation or company; . . . ."

Article 11, Section 3 provides that no county shall
become a subscriber to the capital of any private corporation
or association, or make any appropriation or donation to the
same, or in anywise loan its credit.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Conference Opinion No. 2662 of this department, dated February 4, 1927, book 62, page 46, Reports and Opinions of the Attorney General, 1926-1928, and followed in numerous opinions, among which are Opinions No. 0-1001 approved December 13, 1939, and 0-5565 approved September 17, 1943, held that the commissioners' court has no authority to appropriate or donate public funds to charitable institutions, operated and managed or controlled by private individuals.

In view of the foregoing authorities, you are respectfully advised that in the opinion of this department the Commissioners' Court is without legal authority to donate county funds to the building within the county of a privately chartered co-operative hospital.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Wm. J. R. King
Assistant

APPROVED APR 23 1946

FIRST ASSISTANT
ATTORNEY GENERAL

WJRK:ddt

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN